AO 238
(REV. 8/93)

879290

# United States District Court

FOR THE

398    04 VIRGINIA EASTERN    06-397-M-01 062

**UNITED STATES OF AMERICA**
VS.

BROWN, TERRI R

Defendant.

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| P114511  EV64 | 01/23/04 |

**FILED**

SEP 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OFFENSE: DRIVE W/SUSPENDED LIC

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

*MANDATORY COURT APPEARANCE REQUIRED*

- Collateral in the Amount of $_____ may be Forfeited in Lieu of Appearance.

Date  5/7/04

_____
United States Magistrate Judge

## RETURN

| RECEIVED | Date 9-15-06 | Location |
|---|---|---|

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| Date 9-15-06 | Location |
|---|---|

Name  JEAN McLEOD    Title  SDUSM    District _____
Date  9-15-06    Signature  Jean McLeod