# UNITED STATES DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE

04 VIRGINIA EASTERN

UNITED STATES OF AMERICA
VS.

Defendant.

**06-397-M-01**

Violation Notice Number(s) | Violation Date(s)

P114511  EV64

**FILED**

SEP 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OFFENSE: DRIVE W/SUSPENDED...

• **NOTICE BEFORE ARREST** •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, It is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount

of $ _____ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

MANDATORY COURT APPEARANCE REQUIRED
401 Courthouse Square
Alexandria, VA 22314

BETWEEN 8:30-2:00
MON-FRI

2nd Notice 10-19-2004

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS.

Sincerely,

John F. Clark

UNITED STATES MARSHAL

BY: _JANICE BROWN_
DEPUTY UNITED STATES MARSHAL
ROB HAASE
DATE OF NOTICE:   06/04/2004
        PHONE:   703-837-5501/5500

COPY II: U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND RECORD COPY

# United States District Court
## Violation Notice

**Fee Code:** EV6/
**Violation No:** P114511

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 1/23/04 1:45 pm
**Place of Offense:** BVA West I-10-30 SC
N/B BUMP N/B of WW Pky
**Offense Charged:** 36 CFR 4.2
**Offense Description:** Operating After Suspended OL

**Defendant Last Name:** BROWN
**First Name:** TERRI
**MI:** RENEE

**Vehicle Tag State:** MD
**Year:** 04
**Vehicle Tag No:** 7840
**Vehicle Make:** SIL

**YOUR COURT DATE**

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
 ☐ I wish to terminate this matter by paying the collateral shown below, enclosed
 ☐ I plead not guilty and promise to appear as required

**Court Address:**
US District Court
US Compliance Ave
Washington DC 20001
(202) 272-7000

US District Court
821 Courthouse Sq
Alexandria VA 22314
(703) 299-2100

US District Court
6500 Cherrywood Ln
Greenbelt MD 20770
(301) 344-0115

**Collateral:** N/A
**Physical Description:** N/A

**Date:** 3/11/04
**Time:** 9:45am

For payment by credit card SEE INSTRUCTIONS
Original CVB Copy

**Post Office Name:** EC Polson JR
**Officer No:** 6960

---

P114511

3/11/04
Prosecute
NBE

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on January 23, 2004 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I found via a check through the Washington Automated Law Enforcement System (WALES) and the National Crime Information Center (NCIC) the defendant when positively identified as Terri R Brown to be operating a motor vehicle while having a suspended privilege to drive in the state of Virginia. The defendant was stopped for another violation, speed 72/50 MPH reference violation notice #P114510

The foregoing statement is based upon
☒ my personal observation
☒ my personal investigation
☒ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 2/11/04
Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on: 2/11/04
US Magistrate Judge

CVB Scan 2/25/2004 09:49:07